■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAURA A. KRAFT, Appellant. [887 NYS2d 924]—Appeal from a judgment of the Monroe County Court (Patricia D. Marks, J.), rendered June 28, 2006. The judgment convicted defendant, upon a jury verdict, of driving while intoxicated, a class E felony, and various traffic infractions.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Centra, Fahey, Peradotto and Gorski, JJ.